IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ROXANNA BROWN,<br><br>    Plaintiff<br><br>v.<br><br>TRANSPORT 21, INC., a corporation;<br>MINSTAR TRANSPORT, INC., a corporation;<br>SHERMAN J. HALL, and KATHLEEN SMITH,<br><br>    Defendants. | Case No.: 21 CV 2079 |

## MOTION FOR DISMISSAL OF CASE

NOW COME the Defendants, TRANSPORT 21, INC., MINSTAR TRANSPORT, INC., and SHERMAN J. HALL, by their attorneys, Matthew S. Hefflefinger and Tyler J. Pratt, of Heyl, Royster, Voelker & Allen, and for their Motion for Dismissal of Case, states as follows:

1. The case against Defendants, Transport 21, Inc., Minstar Transport, Inc. and Sherman J. Hall by Plaintiff, Roxana Brown, settled on or about April 19, 2022. The case against Kathleen Smith remains pending.

2. The Release has been executed and settlement money has been disbursed.

3. The court has previously found that the settlement reached between Defendants, Transport 21, Inc., Minstar Transport, Inc., and Sherman J. Hall with Plaintiff, Roxana Brown, has been entered into in good faith. See attached Orders of June 7, 2022 (ECF 069) and June 29, 2022 (ECF 073).

4. Attached is a Stipulation for Dismissal (Exhibit A) executed by counsel for the respective parties and an Order of Dismissal (Exhibit B) to be entered in this matter.

2

WHEREFORE, Defendants, TRANSPORT 21, INC., MINSTAR TRANSPORT, INC., and SHERMAN J. HALL, pray that the court enter the Stipulation for Dismissal and Order for Dismissal in this matter.

                        TRANSPORT 21, INC., a corporation,
                MINSTAR TRANSPORT, INC., a corporation, and
                          SHERMAN J. HALL, Defendants


                        BY: /s/ Matthew S. Hefflefinger
                        HEYL, ROYSTER, VOELKER & ALLEN, P.C.
                        Matthew S. Hefflefinger, ARDC # 6201281
                          Tyler J. Pratt, ARDC # 6302780

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
300 Hamilton Boulevard
P.O. Box 6199
Peoria, IL 61601-6199
Telephone: 309.676.0400
peoecf@heylroyster.com
mhefflefinger@heylroyster.com
clsmith@heylroyster.com

*and*

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
301 N. Neil Street, Suite 505
Champaign, IL 60602
Telephone: 217.344.0600
tpratt@heylroyster.com
lberry@heylroyster.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2022, I electronically filed the foregoing Motion for Dismissal of Case with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys for Plaintiff:

G. Grant Dixon III
Mr. Robert J. Strodtman
Dixon Law Office
1415 West 55th Street
Suite 101
La Grange, Illinois 60525
contact@dixonlawoffice.com
ggd@dixonlawoffice.com
rjs@dixonlawoffice.com
*Counsel for Plaintiff*

Mr. Joel D. Beckwith
Freeark, Dennis, Murphy & Moskop PC
115 W. Washington Street
P.O. Box 546
Belleville, IL  62222
jbeckwith@freeark.com
*Counsel for Kathleen Smith*

                                  /s/ Corina L. Smith
                        Assistant to Matthew S. Hefflefinger

MSH/cls

41395374_1